No. 632. FARMERS LOAN & TRUST CO. *v.* MINNESOTA.
Jurisdictional statement submitted April 8, 1929. Decided April 15, 1929. *Per Curiam:* The appeal is dismissed on the authority of § 237 (a) of the Judicial Code as amended by the act of February 13, 1925 (43 Stat. 936, 937), for lack of jurisdiction, on the ground that the judgment sought to be reviewed is not a final one. *Schlosser v. Hemphill,* 198 U. S. 173, 175; *Arnold v. United States for the use of Guimarin & Co.,* 263 U. S. 427, 434. *Messrs. George W. Morgan* and *Cleon Headley* for appellant. No appearance for appellee.

No. 322. MCKAY *v.* MCINNES ET AL. Submitted April 8, 1929. Decided April 15, 1929. *Per Curiam:* Affirmed on the authority of *Ownbey v. Morgan,* 256 U. S. 94, 109; *Coffin Bros. v. Bennett,* 277 U. S. 29, 31. *Messrs. Robert E. Quirk, George F. Graham,* and *Ralph B. Fleharty* were on the brief for appellant. *Messrs. Carroll S. Chaplin* and *Sidney St. F. Thaxter* were on the brief for appellees.

No. 7, original. WISCONSIN ET AL. *v.* ILLINOIS ET AL.;
No. 11, original. MICHIGAN *v.* SAME; and
No. 12, original. NEW YORK *v.* SAME. April 16, 1929. *Per Curiam:* Leave granted to file suggestions by the City of Chicago in reply to brief in opposition to motion of the City of Chicago for leave to intervene as a party defendant.
*Mr. Samuel A. Ettelson* in support of the motion.